UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADAM LOZA, | ) | No. CV 13-2556 MWF (FFM) |
|        Petitioner, | ) ) ) | JUDGMENT |
|   v. | ) ) | |
| J. SOTO, Warden, | ) ) | |
|        Respondent.. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 26, 2014

                                                  MICHAEL W. FITZGERALD
                                                 United States District Judge